# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00068-CV

**In re Clay Edward Bludau**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

On February 11, 2010, relator Clay Edward Bludau filed a petition for writ of mandamus, seeking to compel the trial court to grant his motion to transfer venue from Travis County to Montgomery County. Bludau has since provided this Court with an order from the trial court, signed February 16, 2010, vacating its prior order and granting the motion to transfer venue. Accordingly, this original proceeding is now moot. We dismiss the petition for writ of mandamus.

_____

Diane M. Henson, Justice

Before Justices Patterson, Puryear and Henson

Filed: March 10, 2010